IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MELVIN LAVON SHIELDS,<br>[DOB: 10/18/1993]<br><br>                Defendant. | Case No. _____<br>**COUNT ONE:**<br>***(Felon in Possession of a Firearm)***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br>$100 Mandatory Assessment |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(***Felon in Possession of a Firearm***)

On or about January 26, 2021, in the Western District of Missouri, the defendant, Melvin Lavon Shields, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a black Smith & Wesson, model 5904, 9mm, semi-automatic pistol bearing serial number TEH6518, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

5/21/2021                                                                */s/ Pamela Carter-Smith*
DATE                                                                   FOREPERSON OF THE GRAND JURY

*/s/ Brandon E. Gibson*
Brandon E. Gibson
Special Assistant United States Attorney
Violent Crimes & Drug Trafficking Unit
Western District of Missouri