IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>MELVIN LAVON SHIELDS,<br><br>                 Defendant. | Case No. 21-00129-01-CR-W-HFS |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Patrick C. Edwards, Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-reference case.

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

**Brandon E. Gibson.**

                                                      Respectfully submitted,

                                                      Teresa A. Moore
                                                      Acting United States Attorney

                                By     */s/Patrick C. Edwards*

                                                        Patrick C. Edwards
                                                         Assistant United States Attorney

                                                         Charles Evans Whittaker Courthouse
                                                         400 East 9th Street, Suite 5510
                                                         Kansas City, Missouri   64106
                                                         Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on June 11, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                          */s/Patrick C. Edwards*
                                          Patrick C. Edwards
                                          Assistant United States Attorney

2

Case 4:21-cr-00129-HFS   Document 3   Filed 06/11/21   Page 2 of 2